FILED
CLERK, U.S. DISTRICT COURT

Feb 19, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1 | KENNETH A. FEINSWOG

2 | kfeinswog@aol.com
Bar No. 129562

3 | 400 Corporate Pointe, Suite 300

4 | Culver City, California 90230
Telephone:  (310) 846-5800

5 | Facsímile:   (310) 846-5801

6

7 | Attorney for Plaintiff

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE CENTRAL DISTRICT**

10 | **OF CALIFORNIA**

11 | ------------------------------------------------------X        **CIVIL ACTION NO.**

12 | BRAVADO INTERNATIONAL GROUP        **2:14-08262-SVW-AJW**
MERCHANDISING SERVICES, INC.

13

14

15 | Plaintiff,        ~~[PROPOSED]~~ **PARTIAL**

16 | -against-        **FINAL JUDGMENT AND**
**PERMANENT INJUNCTION**

17

18 | ZACH CONNOR a/k/a ZACHARY
CONNOR, CHANDLER CONNOR,

19 | CYNTHIA ATKINSON a/k/a CINDY

20 | ATKINSON a/k/a CYNTHIA L.        **JS-6**
ATKINSON, DOPEST THREADS,

21 | DIRTY FRESH APPAREL and

22 | BRIAN BROWN,

23 | Defendants.

24 | ------------------------------------------------------X

25

26 |         The attorneys and parties in the above-referenced action having stipulated to

27 | the entry of a final judgment and permanent injunction:

28

1

IT IS HEREBY ORDERED that:

1.    A judgment in the amount of $30,000.00 is entered jointly and severally against defendants Zach Connor a/k/a Zachary Connor, Chandler Connor, Cynthia Atkinson a/k/a Cindy Atkinson a/k/a Cynthia L. Atkinson and Dopest Threads for willful trademark and right of publicity infringement.

2.    A permanent injunction is hereby entered permanently enjoining defendants Zach Connor a/k/a Zachary Connor, Chandler Connor, Cynthia Atkinson a/k/a Cindy Atkinson a/k/a Cynthia L. Atkinson and Dopest Threads and parties acting in concert with them from advertising, selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Kanye West, The Beatles, Drake, Lil Wayne, Nicki Minaj, Eminem, Katy Perry, Lana Del Rey, Tyga, Michael

Jackson, Lady Gaga, Bob Marley and Justin Bieber and/or anything confusingly similar thereto.

SO ORDERED:

_____                    February 19, 2015
THE HONORABLE STEPHEN V. WILSON
United States District Judge

3