KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Email: kfeinswog@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT,

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZACH CONNOR a/k/a ZACHARY CONNOR, CHANDLER CONNOR, CYNTHIA ATKINSON a/k/a CINDY ATKINSON a/k/a CYNTHIA L. ATKINSON and DOPEST THREADS, <br><br> Defendants. | CIVIL CASE NO. 2:14-08262-SVW-AJW <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

 Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing therefor:

 The judgment to and against Defendants Zach Connor a/k/a Zachary Connor, Chandler Connor, Cynthia Atkinson a/k/a Cindy Atkinson a/k/a Cynthia L. Atkinson, and Dopest Threads entered on February 20, 2015 (a copy of which is attached) is hereby renewed in the amount set forth below:

1  Renewal of Money Judgment:

2
    a.  Total judgment              $ 30,000.00
3
    b.  Costs after judgment         0.00
    c.  Attorneys' fees               0.00
4
    d.  Subtotal                    $ 30,000.00
5
    e.  Credits after judgment     0.00
    f.  Subtotal                    $ 30,000.00
6
    g.  Interest after judgment     0.00
7
    h.  Fee for filing renewal      0.00
    i.  **Total renewed judgment**  $ **30,000.00**
8

9

10
DATED: February 18, 2025

11
                                    *A. Bandek*
12
                                    Clerk

KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
Feb 19, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

　　　　　　　Plaintiff,

　　　　-against-

ZACH CONNOR a/k/a ZACHARY
CONNOR, CHANDLER CONNOR,
CYNTHIA ATKINSON a/k/a CINDY
ATKINSON a/k/a CYNTHIA L.
ATKINSON, DOPEST THREADS,
DIRTY FRESH APPAREL and
BRIAN BROWN,

　　　　　　　Defendants.
-------------------------------------------------------X

CIVIL ACTION NO.
2:14-08262-SVW-AJW

[PROPOSED] PARTIAL
FINAL JUDGMENT AND
PERMANENT INJUNCTION

JS-6

　　　The attorneys and parties in the above-referenced action having stipulated to the entry of a final judgment and permanent injunction:

1

IT IS HEREBY ORDERED that:

1. A judgment in the amount of $30,000.00 is entered jointly and severally against defendants Zach Connor a/k/a Zachary Connor, Chandler Connor, Cynthia Atkinson a/k/a Cindy Atkinson a/k/a Cynthia L. Atkinson and Dopest Threads for willful trademark and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Zach Connor a/k/a Zachary Connor, Chandler Connor, Cynthia Atkinson a/k/a Cindy Atkinson a/k/a Cynthia L. Atkinson and Dopest Threads and parties acting in concert with them from advertising, selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Kanye West, The Beatles, Drake, Lil Wayne, Nicki Minaj, Eminem, Katy Perry, Lana Del Rey, Tyga, Michael

Jackson, Lady Gaga, Bob Marley and Justin Bieber and/or anything confusingly similar thereto.

SO ORDERED:

_____   February 19, 2015
THE HONORABLE STEPHEN V. WILSON
United States District Judge

3